IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| TERRY TYRELL LAWSON,<br>Potter County No. 134285,<br><br>    Plaintiff,<br><br>v.<br><br>POTTER COUNTY JAIL EMPLOYEES<br>AND MEDICAL STAFF, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   2:21-CV-111-Z-BR<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss for want of prosecution the civil rights claim filed by the Plaintiff in this case. (ECF 13). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT SO ORDERED**.

Entered February __6__, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE